## JOHN HANCOCK MUTUAL LIFE INSURANCE CO v LUZIO

Ohio Supreme Court

No 22616.  Decided May 20, 1931

Marshall, C.J., Matthias, Day and Kinkade, JJ, concur.  Allen and Robinson, JJ, concur in the judgment.

Full opinion will be published later. Watch **Omnibus Index.**

## WATERS v CORLETT, Admrx, et

Ohio Supreme Court

No 22700.  Decided May 20, 1931

Jones, Matthias, Day, Kinkade and Robinson, JJ, concur.  Allen, J, not participating.

Full opinion will be publisher later. Watch **Omnibus Index.**